**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GUNTHER JUAREZ-RAMIREZ,**<br>**Petitioner,**<br>**v.**<br>**J.L. JAMISON, *et al.*,**<br>**Respondents.** | **CIVIL ACTION NO. 26-5068** |

**ORDER**

**AND NOW,** this 24th day of July 2026, upon consideration of Gunther Juarez-Ramirez's Petition for Writ of Habeas Corpus [Doc. No. 1] and Respondents' Response [Doc. No. 5], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1. It is hereby **DECLARED** that Juarez-Ramirez's continued detention is in violation of the Immigration and Nationality Act. Juarez-Ramirez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).
2. The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Juarez-Ramirez from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 5:00 p.m. ET on July 24, 2026.
3. The government is temporarily enjoined from re-detaining Juarez-Ramirez for seven days following his release from custody.

4. The government shall, immediately upon Juarez-Ramirez's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5. If the government chooses to pursue renewed detention of Juarez-Ramirez after the seven-day period mentioned in Paragraph 3, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Juarez-Ramirez poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Juarez-Ramirez from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Juarez-Ramirez is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Juarez-Ramirez if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Juarez-Ramirez.

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**